IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GORDON M. BUTLER, JR.,

      Appellant,

v.

DAVID BEHRINGER,
KATHLEEN BEHRINGER,
AND ANTHONY GROVES
SHIPPING, INC., A FLORIDA
CORPORATION,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1371

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

William W. Kurtz, Jr. and Kristopher D. Robinson of Robinson Collins, P.L.,
Jacksonville, for Appellant.

Jeffrey B. Shalek and Gary S. Phillips of Phillips, Cantor & Shalek, P.A.,
Hollywood, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.